**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 CASES |
| | ) | |
| WINNIE COMMUNITY HOSPITAL, L.L.C., | ) | CASE NO. 12-46841-dml-11 |
| | ) | |
| FRONTIER HEALTHCARE GROUP, L.L.C., | ) | CASE NO. 12-46842-rfn-11 |
| | ) | |
| DEBTORS. | ) | JOINT ADMINISTRATION PENDING |

**STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO FEDERAL**
**RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1**

Frontier Healthcare Group, L.L.C. owns 10% or more of the Debtor's equity interests.

Dated: December 17, 2012.

WINNIE COMMUNITY HOSPITAL, L.L.C.

By:  Frontier Healthcare Group, Inc.
Its:  Managing Member

By:  /s/ Albert B. Schwarzer
      Albert B. Schwarzer, President